# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VCA CENVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. STANLEY JONES, *et al*., <br><br> Defendants. | Case No. 2:12-CV-00916-KJD-GWF <br><br> **ORDER** |

Plaintiff's complaint was filed on June 1, 2012. On July 6, 2012, the Court granted (#7) the parties' stipulation to extend Defendants' time to respond to Plaintiff's complaint until August 6, 2012. However, since the Court's order, no action of record has been taken. Accordingly, Plaintiff is hereby ordered to file a status report, stipulation to dismiss, notice of voluntary dismissal or default judgment no later than October 2, 2012. Failure to respond will result in Plaintiff's complaint being dismissed.

**IT IS SO ORDERED.**

DATED this 17th day of September 2012.

_____
Kent J. Dawson
United States District Judge